Certificate Number: 03621-PAE-DE-030269151

Bankruptcy Case Number: 13-21163



03621-PAE-DE-030269151

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 6, 2017</u>, at <u>11:01</u> o'clock <u>AM EST</u>, <u>Miguel A Montero</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>December 6, 2017</u>            By:      <u>/s/Wafaa Elmaaroufi</u>

Name:  <u>Wafaa Elmaaroufi</u>

Title:   <u>Credit Counselor</u>