United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-21163-jkf
Miguel A Montero                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 1            Date Rcvd: Apr 05, 2019
                            Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
db            +Miguel A Montero,    2154 Larkspur Court,    Pennsburg, PA 18073-1230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2019 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as trustee, on
       behalf of the holders of CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-5
       bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      ELLIS B. KLEIN     on behalf of Debtor Miguel A Montero ykassoc@gmail.com,    ykaecf@gmail.com,
       ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
      Ellis B. Klein    on behalf of Plaintiff Miguel A Montero ykassoc@gmail.com,    ykaecf@gmail.com,
       ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
      KEVIN G. MCDONALD     on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
       of the holders of CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-5
       bkgroup@kmllawgroup.com
      KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as trustee, on
       behalf of the holders of CSMC Mortgage-Backed Pass-Through Certifcates, Series 2007-5
       kab@jsdc.com,    jnr@jsdc.com
      MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. Bank National Association, as trustee, on
       behalf of the holders of CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-5
       bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT     on behalf of Creditor    U.S. Bank National Association, as trustee, on
       behalf of the holders of CSMC Mortgage-Backed Pass-Through Certifcates, Series 2007-5
       mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT     on behalf of Creditor    U.S. Bank National Association, as trustee,
       mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
      PAUL H. YOUNG     on behalf of Plaintiff Miguel A Montero support@ymalaw.com,    ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
      PAUL H. YOUNG     on behalf of Debtor Miguel A Montero support@ymalaw.com,    ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
      POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ     on behalf of Creditor    U.S. Bank National Association, as trustee, on
       behalf of the holders of CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-5
       bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ     on behalf of Creditor    U.S. Bank National Association, as trustee, on
       behalf of the holders of CSMC Mortgage-Backed Pass-Through Certifcates, Series 2007-5
       bkgroup@kmllawgroup.com
      SCOTT   WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Miguel A Montero : Case No. 13−21163−jkf
      Debtor(s)

### ORDER
_____

AND NOW, this day , April 5, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

57
Form 195